IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIMEE LAFFERTY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 14-cv-0181 |
| v. | : | |
| CAROLYN COLVIN, | : | |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 22 day of July, 2014, upon careful consideration of the defendant's motion to dismiss (Doc #7) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED** and the plaintiff's complaint is **DISMISSED**.

The clerk is directed to close this action for statistical purposes.

/s/ William H. Yohn Jr.____
William H. Yohn Jr. Judge